IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.                                                Case No: 5:11cr23-MW/GRJ-15
                                                 USM No. 21005-017

JUAN JOSE CADENAS-BAEZ,

       Defendant.
_____/

## ORDER REDUCING SENTENCE

Defendant moves for a sentence reduction under United States Sentencing Guidelines Amendment 782. ECF No. 585. The Government does not oppose the motion. ECF No. 595.

Amendment 782 reduced the base offense level for most drug offenses. A district court may reduce the sentence of a defendant "who has been sentenced to a term of imprisonment *based on a sentencing range that has subsequently been lowered by the Sentencing Commission*." 18 U.S.C. § 3582(c)(2) (emphasis added).

At sentencing on November 9, 2011, this Court determined that Defendant scored 87 to 109 months imprisonment. There was no motion for substantial assistance however Defendant qualified for Safety Valve and the Court imposed a sentence of 97 months on Counts 1 and 9 and 24 months mandatory minimum on Count 15, all counts to be served concurrently. Under Amendment 782, Defendant now scores 70 to 87 months. Stated otherwise, Defendant's sentencing range has

1

been lowered by the Sentencing Commission and thus this Court determines he is eligible for a sentencing reduction. Having determined Defendant is eligible for a sentence reduction under Amendment 782 and considered the sentencing factors set forth in 18 U.S.C. § 3553(a),

**IT IS ORDERED:**

Defendant's motion for sentence reduction, ECF No. 585, is **GRANTED**. Defendant's previously imposed sentence of imprisonment is **reduced** from 97 months to **78** months, or time served whichever is greater, but in no event shall he be released prior to November 1, 2015. Defendant's sentence shall be served as follows: 78 months on Counts 1 and 9, and 24 months mandatory minimum on Count 15, all counts to run concurrently. In all other respects, the sentence remains unchanged.

**SO ORDERED on August 26, 2015.**

s/Mark E. Walker<br>
**United States District Judge**